IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 2:25 MJ 00450 |
| **Plaintiff,** | : | |
| v. | : | |
| **GARRY LEON TINDALL,** | : | |
| **Defendant.** | : | |

## JOINT MOTION FOR EXTENSION OF TIME DURING WHICH INDICTMENT/INFORMATION MUST BE FILED

Now come the parties, through their undersigned attorneys, and jointly move this Court for an order extending the time for the return of an Indictment or Information pursuant to 18 U.S.C. § 3161(b), from **Friday, September 19, 2025,** until **Thursday, November 20, 2025.** The Defendant, Garry Leon Tindall, is aware of his right to a timely filing of an Indictment or Information afforded under 18 U.S.C. § 3161(b). The parties submit that the requested extension would serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. §3161(h)(7)(A).

The government initiated this case via complaint and the Defendant was arrested on this charge on August 6, 2025, in the Eastern District of California, and appeared in court on the following day for his initial appearance. The United States moved for detention that day and the final detention hearing was held on August 22, 2025. The Defendant was detained pending resolution of his case. Both parties now respectfully request additional time to review evidence and ascertain if there is a potential resolution prior to the matter being presented to the grand jury

for consideration of an Indictment.

Counsel for Defendant has advised him of his rights under the Speedy Trial Act and that after consultation, the Defendant understands his rights, and knowingly, voluntarily and intelligently agrees to extend the statutory time period for filing the indictment.

For all of these reasons, the parties request an extension of the time within which to file Indictment or Information in this case. The new date requested is **Thursday, November 20, 2025.**

                                          Respectfully submitted,

                                          DOMINICK S. GERACE II
                                          United States Attorney

| | |
|---|---|
| */s/ Jeffrey T. Stavroff* | */s/ Sheila G. Lafferty* |
| per email authority | SHEILA G. LAFFERTY (OH 0042554) |
| The Stavroff Law Firm | Assistant United States Attorney |
| 772 Front Street | 303 Marconi Boulevard, Suite 300 |
| Columbus, Ohio 43206 | Columbus, Ohio 43215 |
| (614) 817-1660 | (614) 255-1599 |
| jeff@stavrofflaw.com | Sheila.Lafferty@usdoj.gov |
| Attorney for Defendant | |

*/s/ David A. Torres*
per email authority
David A. Torres
Law Office of Torres Torres Stallings
1318 K Street
Bakersfield, CA 93301
(661) 326-0857
dtorres@lawtorres.com
Attorney for Defendant