**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2:25-mj-450 |
| v. | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| GARRY L. TINDALL, | |
| Defendant. | |

**DEFENDANT'S UNOPPPOSED MOTION FOR
EXTENSION OF TIME DURING WHICH INDICTMENT MUST BE FILED**

Defendant Garry L. Tindall, through counsel, requests the Court to issue an order extending the time for the return of an indictment pursuant to 18 U.S.C. § 3161(b) from November 20, 2025 until February 18, 2026.  Mr. Tindall acknowledges his right to the timely filing of an indictment afforded under 18 U.S.C. § 3161(b).  The Government does not oppose this Motion.

The Government initiated this case via Criminal Complaint.  (Complaint, ECF No. 7.)  Mr. Tindall was arrested on August 6, 2025 in the Eastern District of California, and was ordered detained pending trial.  (Rule 5 Documents, ECF No. 9.)  On September 12, 2025, Mr. Tindall submitted his Waiver of Preliminary Hearing.  (Waiver, ECF No. 12.)  To date, the Government has produced voluminous quantities of discoverable materials.  Mr. Tindall requests additional time to continue reviewing evidence with counsel and ascertaining whether there is a potential resolution prior to the matter being presented to the grand jury for consideration of an indictment.  Mr. Tindall submits that the requested extension would serve the interests of justice, and that the time would be excludable under 18 U.S.C. § 3161(h)(7)(A).

1

Undersigned counsel has advised Mr. Tindall of his rights under the Speedy Trial Act. After consultation with counsel, Mr. Tindall understands his rights, and knowingly, intelligently, and voluntarily agrees to extend the statutory time period for filing an indictment.

For the above-stated reasons, Mr. Tindall requests an extension of the time (90 days) for the return of an indictment.  The new date requested is February 18, 2026.

Respectfully submitted,

THE STAVROFF LAW FIRM

**/s/ Jeffrey T. Stavroff**
JEFFREY T. STAVROFF (OH 0087715)
772 South Front Street
Columbus, Ohio 43206
T:  614.817.1660
F:  614.368.1100
jeff@stavrofflaw.com

- - - - -

DAVID A. TORRES CO.

**/s/ David A. Torres**
DAVID A. TORRES (CA 135059)
1318 K Street
Bakersfield, California 93301
T:  661-326-0857
F:  661-326-0936
dtorres@lawtorres.com

**/s/ Alexia Torres Stallings**
ALEKXIA TORRES STALLINGS (CA 296418)
1318 K Street
Bakersfield, California 93301
T:  661-326-0857
F:  661-326-0936
lextorres@lawtorres.com

*Counsel for Defendant Garry L. Tindall*

3

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was submitted electronically via the Clerk's CM/ECF filing system on November 18, 2025 to all parties of record.

/s/ Jeffrey T. Stavroff
JEFFREY T. STAVROFF (0087715)